IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3067 |
| | ) | |
| v. | ) | |
| | ) | |
| NATALIE BOOTH-MERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that the motion to continue (filing 22) is granted in part and denied in part. The plea is continued for approximately 30 days and my judicial assistant shall confer with counsel and then reschedule for a date certain. The Clerk's office shall notify the United States Marshals that the hearing for November 25, 2009 has been cancelled.

   DATED this 25th day of November, 2009.

                                    BY THE COURT:

                                    *Richard G. Kopf*
                                    United States District Judge